Jason Levin (SBN 161807)
**STEPTOE & JOHNSON LLP**
633 West 5th Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599
*jlevin@steptoe.com*

Attorneys for Defendant CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAJORS, <br><br> Plaintiff, <br><br> vs. <br><br> SYNGENTA AG; SYNGENTA CROP PROTECTION, LLC; CHEVRON U.S.A. INC., and DOES 1 through 60, inclusive, <br><br> Defendants. | Case No.: 4:21-cv-02494-HSG <br><br> *Hon. Haywood S. Gilliam, Jr.* <br><br> **ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANT CHEVRON U.S.A. INC. TO RESPOND TO THE COMPLAINT (CIVIL L.R. 6-1)** <br><br> Complaint Filed: 04/07/2021 |

**ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANT CHEVRON U.S.A. INC. TO RESPOND TO THE COMPLAINT**

Having considered the Motion to Extend Time for Defendant Chevron U.S.A. Inc. to Respond to the Complaint filed by Plaintiff and all evidence available to the Court, and good cause appearing, the motion is **GRANTED**.

The Court **ORDERS** that Defendant Chevron U.S.A. Inc's responsive pleading will be due on or before _____6/18/2021_____.

**IT IS SO ORDERED.**

DATED: 5/5/2021

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge
Northern District of California

1     Case No.: 4:21-cv-02494-HSG
**ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANT CHEVRON U.S.A. INC. TO RESPOND TO THE COMPLAINT**